UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMA CABUSAS AND JOSEPH ARINDAENG,

      Plaintiff(s),

    v.

KAY-CO INVESTMENT, ONC., et al.,

      Defendant(s).
_____/

No. C 12-1133 PJH

**ORDER TO SHOW CAUSE**

      The complaint in this matter was filed on March 7, 2012, and on the same date an order was filed setting an initial case management conference for June 22, 2012. This case was reassigned to the undersigned judge on April 2, 2012 following plaintiffs' declination to consent to the magistrate judge's jurisdiction. On April 4, 2012 the case management conference was set on the undersigned's calendar for July 5, 2012. Plaintiffs failed to file a case management statement and both failed to appear as ordered at the case management conference on July 5, 2012. No defendant appeared and it does not appear from the docket that any of the twelve defendants has been served.

      THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and for failure to serve defendants within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

      The hearing on the order to show cause will be held on July 26, 2012 at 2:00 p.m., at the Federal Courthouse at 1301 Clay Street, Oakland, California, Courtroom 3. If plaintiffs fail to appear, the case will be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: July 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge